# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>WILLIAM HARRISON,<br><br>                            Defendant. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 2:07-CR-53-DAK<br><br>Judge Dale A. Kimball |

      This matter is before the court on Defendant's Motion for Compassionate Release under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). On May 10, 2021, the court granted Defendant a reduction in sentence under the compassionate release provisions of the First Step Act and lowered his sentence from 35 to 22 years. On June 30, 2021, Defendant filed a renewed pro se motion for an additional compassionate release based on his health conditions and his risk of contracting Covid-19. However, the court previously denied Defendant's motion on health-related grounds. In its prior Order, the court stated: "Defendant also seeks immediate release based on his health concerns and the risk of contracting Covid-19 in his facility. However, the court has repeatedly ruled that the Covid-19 pandemic alone is not a basis for compassionate release. Defendant has not identified a condition that would make him especially susceptible to a serious case of Covid-19. Additionally, after initial flare-ups at some facilities, BOP instituted measures that have limited the spread of the virus. As of the date of this Order, Defendant's facility, Yazoo City Medium FCI, has no active case of Covid-19 among inmates. BOP is also in the process of vaccinating inmates, having already administered over 165,000 vaccines to its 127,000 inmates. With continued rollout of the vaccines, the inmate population will obtain

greater protection from the virus. Accordingly, the court finds no basis for an immediate compassionate release based on the Covid-19 pandemic."

Defendant's new motion states that he has a heart murmur, heart disease, obesity, and high blood pressure. While these conditions may put Defendant at a greater risk of contracting a serious case of Covid-19, since the time of the court's prior Order, the BOP has vaccinated even more prisoners, administering 199,536 doses to 129,620 federal inmates, and the risk of contracting Covid-19 has lessened further. There are presently only 22 federal inmates nationwide who have a confirmed case of Covid-19. Based on the present circumstances, the court finds that Defendant has not demonstrated the extraordinary or compelling reasons necessary for reducing his sentence further.

## CONCLUSION

Based on the above reasoning, Defendant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) [ECF No. 167] is DENIED.

Dated this 8th day of July, 2021.

BY THE COURT:

DALE A. KIMBALL
United States District Judge